UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CITAK & CITAK, DONALD CITAK and
BURTON CITAK,

                    Plaintiffs,

    -against-

THE ST. PAUL TRAVELERS COMPANIES, INC.
a/k/a ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,,

                    Defendants.
-----------------------------------------------------------x

Judge Pauley

07 CIV 5459

RULE 7.1 STATEMENT



RECEIVED
JUN 08 2007
U.S.D.C. S.D. N.Y.
CASHIERS

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendant (a private non-governmental party) The St. Paul Travelers Companies, Inc. a/k/a St. Paul Fire and Marine Insurance Company certifies the that following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

    The Travelers Companies, Inc.

Dated: Hawthorne, New York
       June 6, 2007

                            TRAUB EGLIN LIEBERMAN STRAUS LLP

                            By: _____
                               Jonathan R. Harwood (JH 5060)
                               Attorneys for Defendant
                               Mid-Westchester Executive Park
                               Seven Skyline Drive
                               Hawthorne, New York 10532
                               (914) 347-2600