USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/5/07

# TRAUB EGLIN LIEBERMAN STRAUS LLP

Attorneys at Law

Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532

Telephone (914) 347-2600
Facsimile (914) 347-8898

June 21, 2007

**VIA FEDERAL EXPRESS**

Hon. William H. Pauley III
United States District Court Judge
United States District Court
500 Pearl Street, Room 2210
New York, New York 10007

      Re:    Citak & Citak v. The St. Paul Travelers Companies, Inc.
                Civil Action No.: 07 CIV 5459 (WHP)
                Our File No.: 506.0225

Dear Judge Pauley:

      This firm represents the defendants in the captioned matter, which was recently removed to federal court. Plaintiffs' counsel has agreed to extend until August 3, 2007, defendant's time to appear, answer or otherwise respond to the complaint in this matter. There have not been any previous extensions of defendants' time to respond to the complaint. We respectfully submit that the court "so order" this extension in the space provided below.

      Thank you for your consideration of this matter.

                              Sincerely,

                              Jonathan R. Harwood

JRH/

cc:    Peter Wessel (via Federal Express)
        Counsel for Plaintiff

*Application granted.*
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
7/3/07

**New Jersey Office**
Metroplex Corporate Center I ◊ 100 Metroplex Drive ◊ 2nd Fl. ◊ Edison, New Jersey 08817
Telephone (732) 985-1000 ◊ Facsimile (732) 985-2000

**Florida Office**
498 Palm Springs Drive ◊ Ste. 100 ◊ Altamonte Springs, Florida 32701
Telephone (407) 261-8926 ◊ Facsimile (407) 261-8927