USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/10/07__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                  :

CITAK & CITAK et al.,                        07 Civ. 5459 (WHP)
                                  :

              Plaintiffs,         SCHEDULING ORDER No. 1
                                  :

        -against-
                                  :

THE ST. PAUL TRAVELERS COS., INC.,
                                :

             Defendant.
                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

      Counsel for the parties having appeared for a conference before this Court on

August 3, 2007, the following schedule is entered on their consent:

1. Defendant/Petitioner shall file and serve its opposition to Plaintiffs/Respondents' motion to remand by August 31, 2007;

2. Plaintiffs/Respondents shall file their reply, if any, by September 28, 2007;

3. Oral argument will be held before this Court on October 26, 2007 at 11:00 a.m.; and

4. In order to conserve party and judicial resources, Defendant/Petitioner shall file its motion to dismiss, if any, after this Court has made its determination on Plaintiffs/Respondents' motion to remand.

Dated: August 9, 2007
     New York, New York

                           SO ORDERED:

                           _____
                           WILLIAM H. PAULEY III
                               U.S.D.J.

-1-

*Counsel of record:*

Peter Wessel, Esq.
Law office of Peter Wessel, PLLC
270 Madison Avenue, Suite 1203
New York, NY 10016
*Counsel for Plaintiffs*

Jonathan Robert Harwood, Esq.
Traub Eglin Lieberman Straus, LLP
Seven Skyline Drive
Hawthorne, NY 10532
*Counsel for Defendant*