UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CITAK & CITAK, DONALD CITAK and
BURTON CITAK,

       Plaintiffs,     Civil Action No. 07 CIV 5459

    -against-        **DECLARATION OF JONATHAN R.**
                  **HARWOOD IN OPPOSITION TO**
                  **PLAINTIFFS' MOTION TO REMAND**
THE ST. PAUL TRAVELERS COMPANIES,
INC. a/k/a ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,

       Defendant.
------------------------------------------------------------x

  JONATHAN R. HARWOOD, being duly sworn, deposes and says:

  1.  I am an attorney admitted to practice in the State of New York and before the United States District Court for the Southern District of New York. I am a member of the law firm of Traub Lieberman Straus & Shrewsberry LLP, attorneys for defendant The St. Paul Travelers Companies, Inc. a/k/a St. Paul Fire and Marine Insurance Company ("St. Paul Travelers"). As such, I am familiar with the facts, pleadings and prior proceedings in the instant matter.

  2.  I submit this declaration in opposition to plaintiffs' motion to remand this action to the Supreme Court of the State of New York, County of New York.

  3.  A true and correct copy of the summons and complaint is annexed hereto as Exhibit A.

  4.  A true and correct copy of a Lawyers Professional Liability Policy issued to Citak & Citak ("the Citak firm") by St. Paul Travelers is annexed hereto as Exhibit B.

5.  A true and correct copy of the complaint in an action entitled *Marton v. Citak & Citak, et al.*, pending in the Supreme Court of the State of New York, County of New York is annexed hereto as Exhibit C.

6.  A true and correct copy of an order to show cause filed in an action entitled *Marton v. Hogan Contacting, Inc.*, pending in the Supreme Court of the State of New York, County of New York, is annexed hereto as Exhibit D.

Dated: Hawthorne, New York
       August 31, 2007

TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

By: _____
    Jonathan R. Harwood (JRH 9060)

Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532
(914) 347-2600
Attorneys for Defendant

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF WESTCHESTER      )

Elvira Porelli, being duly sworn, deposes and says:

That deponent is not a party to the within action and is over 18 years of age.

That on the 31st day of August 2007, deponent served the within **DECLARATION OF JONATHAN R. HARWOOD IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** upon the attorney(s) for the respective party(ies) in this action, at the address listed below, such address designated by said attorney for that purpose via **Electronic Case Filing System and United States Postal Service** by depositing same in a properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service.

TO: Peter Wessel, Esq.
    Law Office of Peter Wessel, PLLC
    270 Madison Avenue, Suite 1203
    New York, New York 10016
    Mineola, New York 11501
    E-mail: Peterwessel@wessellaw.com

_____
Elvira Porelli

Sworn to before me this
31st day of August, 2007

_____
Notary Public

CLAUDINE N. BONCI
Notary Public, State of New York
No. 01BO5015056
Qualified in Westchester County
Commission Expires July 12, 2011