UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CITAK & CITAK, DONALD CITAK, and
BURTON CITAK,

                    Plaintiffs,

  - against -

THE ST. PAUL TRAVELERS COMPANIES, INC.
a/k/a ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,

                    Defendant.
------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

HON. WILLIAM H. PAULEY, III

**STATE OF NEW YORK**      )
                                  )ss.:
**COUNTY OF NEW YORK**  )

    **JORDAN BROOKS**, being sworn, say:

    I am not a party to the action, am over 18 years of age and reside in **Armonk, NY**

    On September 28, 2007, I served the annexed **REPLY DECLARATION and ACCOMPANYING EXHIBIT, REPLY MEMORANDUM OF LAW, and SSTIPULATION with Exhibits numbered 1-6,** upon the attorneys for Defendant in this action by mailing a true copy thereof in a Priority Mail, post-paid wrapper **(Delivery Confirmation Number 0103 8555 7492 5629 7275)**, under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to:

Jonathan Harwood, Esq.
Traub Lieberman Straus & Shrewsberry LLP
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532

                                                     **JORDAN BROOKS**

Sworn to before me this
28th day of September, 2007.

_____
NOTARY PUBLIC

Shirley Dor
Notary Public, State of New York
NO. 01DO6099345
Qualified in Kings County
Commission Expires September 29, 2007

*Cut on dotted line.*

## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Carrier pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

## Online Label Record (Label 1 of 1)

**Delivery Confirmation™ Number:**
0103 8555 7492 5629 7275

Paid Online
Transaction #: 99135214
Print Date: 09/28/2007
Ship Date: 09/28/2007
Weight: 2 lb 0 oz

Priority Mail® Postage: $4.60
Total: $4.60

**From:** PETER WESSEL                    Ref#: CItakDJ
LAW OFFICE OF PETER WESSEL
SUITE 1203
270 MADISON AVENUE
NEW YORK NY 10016-0601

**To:** JONATHAN R. HARWOOD, ESQ.
TRAUB LIEBERMAN STRAUS & SHREWSBERRY L
MID-WESTCHESTER EXECUTIVE PARK
7 SKYLINE DR
HAWTHORNE NY 10532-2156

* Regular Priority Mail rates apply. There is no fee for Delivery Confirmation service on Priority Mail service with use of this electronic rate shipping label. Delivery information is not available by phone for the electronic rate. Refunds for unused postage paid labels can be requested online 10 days from the print date.

**UNITED STATES POSTAL SERVICE®**

*Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the Track & Confirm page at www.usps.com*