**LAW OFFICE OF PETER WESSEL, PLLC**
270 Madison Avenue, Suite 1203
New York, New York 10016-0601
(212) 532-9700/(212) 202-7522 (fax)
peterwessel@wessellaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2007

October 17, 2007

HON. WILLIAM H. PAULEY, III
United States District Court Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007-1316

Re:   *Citak & Citak, et al. vs. The St. Paul Travelers Co., Inc.*
       Civil Action No. 07 CIV 5459 (WHP)

Your Honor:

Yesterday afternoon I learned that a decision was rendered on my motion to dismiss the underlying malpractice complaint against my clients, which was pending before Hon. Eileen Ann Rakower, J.S.C. A copy of that decision accompanies this letter. I promptly advised Jonathan Harwood, Esq., of this information.

Oral argument is scheduled for October 26, 2007 at 11:00 a.m., and I realize that I am also scheduled to be in California on the morning of October 26th. When I spoke to Mr. Harwood yesterday, I told him of this situation and asked for his consent, subject to Your Honor's approval, for an adjournment of oral argument on the pending motion to remand to any of the following subsequent Fridays. He said he would be available and consent to an adjournment to November 2nd, 16th or 30th, or December 7th. Thus, <u>I respectfully request that oral argument for the pending motion be adjourned to</u> any one of those dates.

Thank you for your further time and consideration.

Respectfully yours,

Peter Wessel
Law Office of Peter Wessel, PLLC
270 Madison Avenue, Suite 1203
New York, New York 10016-0601
(212) 532-9700/(212) 202-7522 (fax)
peterwessel@wessellaw.com

Enclosure

cc:   Jonathan R. Harwood, Esq.
      Traub Lieberman Straus & Shrewsberry LLP
      Mid-Westchester Executive Park
      Seven Skyline Drive
      Hawthorne, New York 10532-2185
      (914) 347-2600/(914) 347-8898 (fax)
      jharwood@traublieberman.com

*Application granted. The argument is adjourned until December 7, 2007*
SO ORDERED: *at 12:15 p.m.*

WILLIAM H. PAULEY III U.S.D.J.
10/24/2007