USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

CITAK & CITAK et al.,

                Plaintiffs,

-against-

THE ST. PAUL TRAVELERS COS., INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 5459 (WHP)

SCHEDULING ORDER No. 2

WILLIAM H. PAULEY III, District Judge:

        This Court will hold a status conference on January 11, 2008 at 9:45 a.m.

Dated: January 4, 2008
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                                  U.S.D.J.

*Counsel of record:*

Peter Wessel, Esq.
Law office of Peter Wessel, PLLC
270 Madison Avenue, Suite 1203
New York, NY 10016
*Counsel for Plaintiffs*

Jonathan Robert Harwood, Esq.
Traub Eglin Lieberman Straus, LLP
Seven Skyline Drive
Hawthorne, NY 10532
*Counsel for Defendant*