```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
: 
CITAK & CITAK et al.,                              07 Civ. 5459 (WHP)
:
         Plaintiffs,                        SCHEDULING ORDER No. 3
:
     -against-
:
THE ST. PAUL TRAVELERS COS., INC.,
:
         Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a conference on January 11, 2008, the following schedule is established on consent:

        (1) Defendant shall serve and file its motion to dismiss by February 8, 2008;

        (2) Plaintiffs shall serve and file any opposition by February 29, 2008;

        (3) Defendant shall serve and file any reply by March 10, 2008; and

        (4) This Court will hear oral argument on April 4, 2008 at 12:00 p.m.

Dated: January 14, 2008
       New York, New York

                        SO ORDERED:

                        _____
                        WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of record:*

Peter Wessel, Esq.
Law office of Peter Wessel, PLLC
270 Madison Avenue, Suite 1203
New York, NY 10016
*Counsel for Plaintiffs*

Jonathan Robert Harwood, Esq.
Traub Eglin Lieberman Straus, LLP
Seven Skyline Drive
Hawthorne, NY 10532
*Counsel for Defendant*