**LAW OFFICE OF PETER WESSEL, PLLC**
270 Madison Avenue, Suite 1203
New York, New York 10016-0601
(212) 532-9700/(212) 202-7522
peterwessel@wessellaw.com

JAN 18 2008

January 18, 2008

Hon. William H. Pauley, III
United States District Court Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007-1316

*by hand*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

Re:   *Citak & Citak, et al. v. The St. Paul Travelers Co., Inc.*
      Civil Action No. 07 CIV 5459 (WHP)

Your Honor:

Yesterday, I faxed a copy of the Amended Complaint to Jonathan R. Harwood, Esq., together with a Stipulation indicating his consent to the amendment of the complaint. Since than, I have learned that Mr. Harwood is out-of-state and unavailable until next Tuesday. Today, I spoke to Richard J. Rogers, Esq., of Traub Lieberman Straus & Shrewsberry LLP, who stated that the Stipulation could be considered on Tuesday, when Mr. Harwood returns, but not before then. I was unaware that Mr. Harwood would be unavailable during any portion of this week and <u>respectfully request that my time to submit the Amended Complaint and Stipulation consenting to the amendment be extended until Tuesday, January 22, 2008</u>.

Thank you for your time and consideration.

*Application granted.*
SO ORDERED:
_____
WILLIAM H. PAULEY III U.S.D.J.
1/23/2008

Respectfully submitted,

Peter Wessel (PW4164)
Law Office of Peter Wessel, PLLC
270 Madison Avenue, Suite 1203
New York, New York 10016-0601
(212) 532-9700/(212) 202-7522 (fax)
peterwessel@wessellaw.com

cc:   Jonathan R. Harwood, Esq., and
      Richard J. Rogers, Esq.
      Traub Lieberman Straus & Shrewsberry LLP
      Mid-Westchester Executive Park
      Seven Skyline Drive
      Hawthorne, New York 10532-2185                    *by fax*
      (914) 347-2600/(914) 347-8898 (fax)
      jharwood@traublieberman.com