UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITAK & CITAK, DONALD CITAK and
BURTON CITAK,

                  Plaintiffs,

-against-

THE ST. PAUL TRAVELERS COMPANIES,
INC. a/k/a ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,

Civil Action No. 07 CIV 5459

**NOTICE OF MOTION**

---

**PLEASE TAKE NOTICE** that upon the Declaration of Jonathan R. Harwood, dated February 8, 2008, the exhibits annexed thereto, the accompanying memorandum of law and the prior pleadings and proceedings herein, defendants The St. Paul Travelers Companies, Inc. a/k/a St. Paul Fire and Marine Insurance Company will move this court on April 4, 2008, at 12:00 noon, before the Honorable William H. Pauley, III at the United States Federal Courthouse, 500 Pearl Street, New York, NY 10007, for an order dismissing plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, together with such other relief as this court deems appropriate.

Dated: February 8, 2008
       Hawthorne, New York

                                            TRAUB LIEBERMAN STRAUS &
                                            SHREWSBERRY LLP

                         By: _____
                                 Jonathan R. Harwood (JH 9060)
                                 Attorneys for Defendants
                                 The St. Paul Travelers Companies, Inc. a/k/a
                                 St. Paul Fire and Marine Insurance Company
                                 Mid-Westchester Executive Park
                                 Seven Skyline Drive
                                 Hawthorne, New York 10532
                                 (914) 347-2600

-2-

To:   Peter Wessel, Esq.
Law Office of Peter Wessel, PLLC
270 Madison Avenue, Suite 1203
New York, New York 10016
Mineola, New York 11501

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                                        ) ss.:
COUNTY OF WESTCHESTER )

       Christina Golino, being duly sworn, deposes and says:

       That deponent is not a party to the within action and is over 18 years of age.

       That on the 8th day of February 2008, deponent served the within **NOTICE OF MOTION AND DECLARATION OF JONATHAN R. HARWOOD IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** upon the attorney(s) for the respective party(ies) in this action, at the address listed below, such address designated by said attorney for that purpose via **Electronic Case Filing System**.

TO:    Peter Wessel, Esq.
          Law Office of Peter Wessel, PLLC
          270 Madison Avenue, Suite 1203
          New York, New York 10016
          Mineola, New York 11501
          E-mail: Peterwessel@wessellaw.com

                                                                                    _____
                                                                                    CHRISTINA GOLINO

Sworn to before me this
8th day of February, 2008

_____
Notary Public

**CLAUDINE N. BONCI**
**Notary Public, State of New York**
**No. 01BO5015056**
**Qualified in Westchester County**
**Commission Expires July 12, 2011**