UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CITAK & CITAK, DONALD CITAK and
BURTON CITAK,

                   Plaintiffs,         Civil Action No. 07 CIV 5459

       -against-                **DECLARATION OF JONATHAN R.**
                                                      **HARWOOD IN SUPPORT OF**
                                                        **DEFENDANT'S MOTION TO**
THE ST. PAUL TRAVELERS COMPANIES,    **DISMISS COMPLAINT**
INC. a/k/a ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,

                   Defendant.
------------------------------------------------------------x

      JONATHAN R. HARWOOD, being duly sworn, deposes and says:

      1.    I am an attorney admitted to practice in the State of New York and before the United States District Court for the Southern District of New York. I am a member of the law firm of Traub Lieberman Straus & Shrewsberry LLP, attorneys for defendant The St. Paul Travelers Companies, Inc. a/k/a St. Paul Fire and Marine Insurance Company ("St. Paul"). As such, I am familiar with the facts, pleadings and prior proceedings in the instant matter.

      2.    I submit this declaration in support of St. Paul's motion to dismiss the complaint.

      3.    A true and correct copy of the amended complaint is annexed hereto as Exhibit A.

      4.    A true and correct copy of the complaint in an action entitled *Marton v. Citak & Citak, et al.,* is annexed hereto as Exhibit B.

      5.    A true and correct copy of a complaint filed by Stuart Marton against Citak & Citak with the Departmental Disciplinary Committee of the Supreme Court, Appellate Division, First Department is annexed hereto as Exhibit C.

6.  A true and correct copy of Stuart Marton's March 16, 2006 letter to the Departmental Disciplinary Committee, is annexed hereto as Exhibit D.

7.  A true and correct copy of a June 23, 2006, letter from St. Paul to the Citak firm denying coverage for the Marton's claim, is annexed hereto as Exhibit E.

8.  A true and correct copy of a February 8, 2006 letter from Donald Citak to the Departmental Disciplinary Committee, is annexed hereto as Exhibit F.

Dated: Hawthorne, New York
February 8, 2008

TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

By: _____
Jonathan R. Harwood (JRH 9060)

Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532
(914) 347-2600
Attorneys for Defendant

2

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF WESTCHESTER    )

Christina Golino, being duly sworn, deposes and says:

That deponent is not a party to the within action and is over 18 years of age.

That on the 8th day of February 2008, deponent served the within **NOTICE OF MOTION AND DECLARATION OF JONATHAN R. HARWOOD IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** upon the attorney(s) for the respective party(ies) in this action, at the address listed below, such address designated by said attorney for that purpose via **Electronic Case Filing System.**

TO: Peter Wessel, Esq.
    Law Office of Peter Wessel, PLLC
    270 Madison Avenue, Suite 1203
    New York, New York 10016
    Mineola, New York 11501
    E-mail: Peterwessel@wessellaw.com

_____
CHRISTINA GOLINO

Sworn to before me this
8th day of February, 2008

_____
Notary Public

CLAUDINE N. BONCI
Notary Public, State of New York
No. 01BO5015056
Qualified in Westchester County
Commission Expires July 12, 2011