# EXHIBIT C

Jun-15-2006 03:38 PM    Citak and Citak    12127592979                                    2/16

**DEPARTMENTAL DISCIPLINARY COMMITTEE**
**SUPREME COURT, APPELLATE DIVISION**
**FIRST JUDICIAL DEPARTMENT**
61 BROADWAY
NEW YORK, NEW YORK 10006
(212) 401-0800

RECEIVED 2005 DEC 23 PM 12:20
DEPARTMENTAL DISCIPLINARY COMMITTEE

Thomas J. Cahill
Chief Counsel

DATE: 12/21/05

**Complainant(s):**

Mr.(X) Ms.( ) Mrs.( )  MARTON , STUART   E 231
                       Last      First        Initial

Address: 200 EAST 27th ST                     Apt. No. 14F
         New York    NY                       10016
         City        State                    Zip Code

Telephone: Home: (917) 748-5523    Business: ( ) use same nr.

**Attorney Complained of:**

Mr.(X) Ms.( ) Mrs.( )  CITAK , DONALD   9454
                       Last    First    Initial

Address: 270 MADISON AVE.                    Apt. No. _____
         NY        NY                        10016
         City      State                     Zip Code

Telephone: Work:
           Home: (212) 759-9585    Business: ( )

*******************************************************

**Complaints to other agencies:**

Have you filed a complaint concerning this matter with another Bar Association, District Attorney's Office or any other agency? NO.

If so, name of agency: _____

Action taken by agency: _____

*******************************************************

**Court action against attorney complained of:**

Have you brought a civil or criminal action against this attorney? NO.

If so, name of court: _____

Index No.: _____

*******************************************************

**PLEASE PRINT LEGIBLY OR TYPE IN ENGLISH**

Start from the beginning and be sure to tell why you went to the attorney, when you had contact with the attorney, what happened each time you contacted the attorney, and what it was that the attorney did wrong. Provide specific dates for each important event. Please, with this form, send copies of all important papers, including all papers that you received from the attorney.

**COMPLAINT:**

In April 2000 I hired Citak & Citak to represent me against a contractor that walked away from renovating my home, in violation of a contract. In the many months afterwards, Don Citak, Esq. filed a lawsuit, which was dismissed because the court said the case had to be arbitrated. Mr. Citak filed for arbitration but, apparently, the AAA did not take the case because the contractor refused to accept them. I write "apparently" because Mr. Citak never informed me that the AAA wouldn't take the case. (I found out myself by contacting the AAA). The entire process with Mr. Citak was slow and had many delays. Most importantly, from March 2004 – September 2004, I made repeated requests to Mr. Citak asking for a status report — he never responded to me. My last request was a "demand" sent by certified mail, return receipt requested; it was ignored.

In the process, Mr. Citak stated that if the contractor refused arbitration, Mr. Citak would return to the court. Again, it appears that this did not happen.

Enclosed please find a detailed list of correspondence and copies of documents, letters, etc. I appreciate your efforts to understand why Mr. Citak ignores me and has not returned to court to represent me. Thank you.

UNSIGNED COMPLAINTS WILL NOT BE PROCESSED.

_____
Signature