## <u>AFFIDAVIT OF SERVICE</u>



STATE OF NEW YORK        )
                                         )ss:

COUNTY OF NEW YORK     )

        Jordan Brooks, being duly sworn, deposes and says:

        I am not a party to the within action and am over 18 years of age.

        That on the February 28, 2008 I served the within **NOTICE OF CROSS-MOTION, MEMORANDUM OF LAW, DECLARATION OF PETER WESSEL, ESQ., DECLARATION OF DONALD L. CITAK, ESQ. AND DECLARATION OF BURTON CITAK, ESQ.** upon the attorneys for the Defendant in this action, at the address listed below, such address designated by said attorneys for that purpose via **Electronic Case Filing System**.

TO:     Traub Lieberman Straus & Shrewsberry LLP
         Attn: Jonathan R. Harwood, Esq.
         Attorneys for Defendant
         Mid-Westchester Executive Park
         Seven Skyline Drive
         Hawthorne, New York 10532
         (914) 347-2600
         jharwood@traublieberman.com

                                                —————————————————
                                                   JORDAN BROOKS

Sworn to before me this
28th day of February, 2008

—————————————————
NOTARY PUBLIC

Shirley Dor
Notary Public, State of New York
NO. 01DO6099345
Qualified in Kings County
Commission Expires September 29, 200[  ]