USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CITAK & CITAK, et al.,

                Plaintiffs,

-against-

THE ST. PAUL TRAVELERS COS., INC.,
                Defendants.
-----------------------------------------------------------X

07 CIVIL 5459 (WHP)

**JUDGMENT**

      St. Paul having moved to dismiss, and the Citaks having moved to amend the complaint, and the matter having come before the Honorable William H. Pauley III, United States District Judge, and the Court, on April 28, 2008, having rendered its Memorandum and Order granting St. Paul's motion to dismiss and denying the Citak's motion to amend the complaint, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated April 28, 2008, St. Paul's motion to dismiss is granted and the Citak's motion to amend the complaint is denied; accordingly, the case is closed.

**Dated:** New York, New York
         April 29, 2008

                                        J. MICHAEL McMAHON
                                        Clerk of Court
           BY:
                                        Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____